PROB 12C
(6/16)

Report Date: January 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Cornelius Michel          Case Number: 0980 2:17CR00030-LRS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 12, 2017

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 27 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 8, 2019) | Prison - 18 months<br>TSR - 42 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 13, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 12, 2024 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: It is alleged Mr. Michel violated the terms of his supervised release by changing his living situation in December 2020 and/or January 2021, without the advance approval of his supervising officer, a direct violation of special condition number 1.<br><br>On August 17, 2020, Mr. Michel was provided the judgment and sentence for case number 2:17CR00030-LRS-1. Additionally, he signed said judgment indicating he fully understood the terms and conditions of his supervision.<br><br>On January 12, 2021, the undersigned spoke with Mr. Michel via telephone, in which he was informed a home contact would be conducted on January 13, 2021. Mr. Michel confirmed his approved address and stated he would be present at his residence all day on January 13, 2021. On January 13, 2021, the undersigned and another U.S. probation officer reported to Mr. Michel's approved residence and contact was made with Mr. Michel's roommate, who |

Prob12C
Re: Michel, Cecil Cornelius
January 20, 2021
Page 2

is also the owner of the residence. The roommate informed the undersigned that Mr. Michel had not been to this residence in approximately 3 weeks, and he had not spoken to him, nor was he aware of his current whereabouts. The roommate stated some of Mr. Michel's belongings remain in the residence, and it was also his understanding Mr. Michel may have been in a car accident sometime in December 2020. The undersigned requested that if he had any type of contact with Mr. Michel that he was to contact the undersigned officer. On January 19, 2021, the undersigned again spoke with Mr. Michel's roommate, in which he indicated he had still not seen nor spoken to Mr. Michel. Attempts to contact Mr. Michel since January 13, 2021, have been unsuccessful and his current whereabouts are unknown. It should be noted, the Ferry County Sheriff's Office informed the undersigned that Mr. Michel has not changed his address as he is required, per his sex offender registration requirements, should he change his address.

2   **Standard Condition # 6**: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Supporting Evidence**: It is alleged Mr. Michel violated the terms of his supervised release by failing to allow his probation officer to visit him at his home on January 13, 2021, a direct violation of standard condition number 6.

On August 17, 2020, Mr. Michel was provided the judgment and sentence for case number 2:17CR00030-LRS-1. Additionally, he signed said judgment indicating he fully understood the terms and conditions of his supervision.

On January 12, 2021, the undersigned spoke with Mr. Michel via telephone, in which he was informed a home contact would be conducted on January 13, 2021. Mr. Michel confirmed his approved address and stated he would be present at his residence all day on January 13, 2021. On January 13, 2021, the undersigned and another U.S. probation officer reported to Mr. Michel's approved residence and contact was made with Mr. Michel's roommate, who is also the owner of the residence. The roommate informed the undersigned that Mr. Michel had not been to this residence in approximately 3 weeks, and he has not spoken to him, nor is he aware of his current whereabouts. Attempts to contact Mr. Michel since January 13, 2021, have been unsuccessful and his current whereabouts are unknown.

3   **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged Mr. Michel violated his terms of supervised release as on December 16, 2020, Mr. Michel was questioned by a law enforcement officer and that he failed to report this contact to his probation officer within 72 hours, a direct violation of standard condition number 9.

On August 17, 2020, Mr. Michel was provided the judgment and sentence for case number 2:17CR00030-LRS-1. Additionally, he signed said judgment indicating he fully understood the terms and conditions of his supervision.

On December 16, 2020, per Colville Tribal Police Department (CTPD) report 20-1704, Mr. Michel was questioned by a CTPD officer about a vehicle roll-over. Mr. Michel failed to

Prob12C
**Re: Michel, Cecil Cornelius**
**January 20, 2021**
**Page 3**

report this law enforcement contact within 72 hours and/or in any subsequent manner to his U.S. probation officer. It should be noted, it does not appear Mr. Michel was charged with any crime in respect to this contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/20/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

January 20, 2021

Date