PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 24, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Cecil C. Michel                                  Case Number: 0980 2:17CR00030-LRS-1

Address of Offender: ███████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 23 months;<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(August 8, 2019) | Prison - 18 months;<br>TSR - 42 months | | |
| Revocation Sentence:<br>(April 29, 2021) | Prison - 7 months;<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | August 23, 2021 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | February 22, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On August 23, 2021, conditions of supervision were reviewed with Mr. Michel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Michel is in violation of his conditions of supervised release by failing to disclose a change in residence since August 6, 2022.

Prob12C
Re: Michel, Cecil C.
August 24, 2022
Page 2

On August 22, 2022, the undersigned officer was contacted by the property manger of the Lincoln House, Mr. Michel's approved residence. He disclosed that Mr. Michel notified him on August 6, 2022, that he would be gone "for 4 days." Mr. Michel has not returned to the residence and his whereabouts are unknown. Attempts by both the undersigned officer and the property manager to contact Mr. Michel by cell phone have been unsuccessful.

2   **Mandatory Condition #5:** You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence:** It is alleged Mr. Michel is in violation of his conditions of supervised release by failing to register as a sex offender since August 6, 2022.

As noted above in violation number 1, Mr. Michel left his approved residence on August 6, 2022, and he has not returned to his approved residence since. Recent contact with local law enforcement suggests that Mr. Michel has not registered a new address since departing his approved address with U.S. Probation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 24, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

August 24, 2022
Date