PROB 12C
(6/16)

Report Date: June 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cecil C. Michel | Case Number: 0980 2:17CR00030-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 27 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence (August 8, 2019) | Prison - 18 months; TSR - 42 months | | |
| Revocation Sentence (April 29, 2021) | Prison - 7 months; TSR - 30 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 23, 2021 | |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: February 22, 2024 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/24/2022.

On August 23, 2021, the conditions of supervision were reviewed with Mr. Michel. He signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Michel violated his terms of supervised release by committing the crime of Failing to Register as a Sex Offender, R.C.W. 9A.44.132 CF, on or around November 23, 2022. |
| | According to a police report filed with the Spokane Police Department on March 25, 2023, a detective with the Spokane Police Department, whose primary duty is to verify the residences of registered sex offenders living in the city of Spokane, attempted to verify Mr. |

Prob12C
Re: Michel, Cecil C.
June 12, 2023
Page 2

Michel's reported residence on or around November 23, 2022. It was determined by the detective that Mr. Michel no longer lived at that address and he had not reported a change of address to the Spokane County Sheriff's Office.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 12, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 26, 2023
Date