PROB 12C
(6/16)

Report Date: August 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil C. Michel        Case Number: 0980 2:17CR00030-TOR-1

Address of Offender: ████████████, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 27 months; TSR - 60 months | Type of Supervision: | Supervised release |
| Revocation Sentence (August 8, 2019) | Prison - 18 months; TSR - 42 months | | |
| Revocation Sentence (April 29, 2021) | Prison - 7 months; TSR - 29 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | August 23, 2021 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: | February 22, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/24/2022, and 06/26/2023.

On August 23, 2021, the conditions of supervision were reviewed with Mr. Michel. He signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Michel violated his terms of supervised release by committing the crime of Failing to Register as a Sex Offender, in violation of 18 U.S.C § 2250(a), on August 15, 2023,<br><br>On August 15, 2023, an indictment was filed with the Court charging Mr. Michel with failing to register as a sex offender, case number 2:23-CR-00089-TOR-1. |

Prob12C
Re: Michel, Cecil C.
August 17, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 17, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

August 17, 2023
Date